# NATHAN G. HARDING *et al.*

## *v.*

# JOHN W. DILLEY.

PROMISSORY NOTE—*liability of indorser.* It is not necessary in this State, in order to fix the liability of the indorser of a promissory note to the indorsee, that the latter should prove a demand upon the maker of the note, a refusal to pay, and notice to the indorser of non-payment.

APPEAL from the Circuit Court of Warren county; the Hon. ARTHUR A. SMITH, Judge, presiding.

This was an action of assumpsit, brought by Nathan G. Harding and Alvin Bryan against John W. Dilley, as indorser of a promissory note made by one Seneca S. Lake, to defendant, and by him indorsed to the plaintiffs. Upon a trial in the circuit court judgment was rendered in favor of the defendant, from which the plaintiffs appeal.

Messrs. KIDDER & NORCROSS, for the appellants.

Messrs. STEWART & PHELPS, for the appellee.

Per CURIAM: In this case, the seventh instruction for the defendant was, that the indorser of a note could not be held without demand and notice. This, under our statute, was erroneous.

The judgment is reversed and the cause remanded.

*Judgment reversed.*